174 A.3d 517

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
BRIAN E. KILLION, DEFENDANT-PETITIONER.

C–163 September Term 2017
079355

October 16, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005025–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

174 A.3d 517

NEW JERSEY DIVISION OF CHILD PROTECTION AND PERMA-NENCY, PLAINTIFF–RESPONDENT, v. J.I., DEFENDANT–PE-TITIONER, AND L.R., SR., DEFENDANT. IN THE MATTER OF THE GUARDIANSHIP OF L.R., JR., A MINOR–RESPONDENT.

C–144 September Term 2017
079267

October 16, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–3457/3458–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.